# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND PACKER, | No. CV 05-1611 ODW (CW) |
|     Petitioner, | JUDGMENT |
|     v. | |
| JAMES HALL (Warden), | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   July 6, 2010

_____
OTIS D. WRIGHT, II
United States District Judge